CLOSED, ECF, MEMBER

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:06-cv-12875-SWK
# Internal Use Only

Gallant v. Connetics Corporation et al
Assigned to: Judge Shirley Wohl Kram
Lead case: 1:06-cv-11496-SWK
Member case:
   1:06-cv-12875-SWK
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 11/02/2006
Date Terminated: 05/23/2007
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

### Plaintiff

**Bruce Gallant**
*Individually and On behalf of all others similarly situated*

represented by **Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
Fax: (516) 741-0626
Email: esmith@brodsky-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Marcus H. Seigle**

represented by **Catherine A. Torell**
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
150 East 52nd Street
New York, NY 10022
212-838-7797
Fax: 212-838-7745
Email: ctorell@cmht.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Connetics Corporation**

**Defendant**

**Thomas G. Wiggans**

**Defendant**

**Gregory Vontz**

**Defendant**

**Alexander J. Yaroshinsky**

**Movant**

| | | |
|---|---|---|
| **Policemen's Annuity & Benefit Fund Of Chicago** | represented by | **William J. Ban**<br>Barrack, Rodos & Bacine(PA)<br>Two Commerce Square<br>2001 Market Street<br>Suite 3300<br>Philadelphia, PA 19103<br>(215) 963-0600<br>Fax: (215) 963-0838<br>Email: wban@barrack.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Teachers' Retirement System of Oklahoma** | represented by | **Gerald Harlan Silk**<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212 554 1282<br>Fax: 212 554 1444<br>Email: jerry@blbglaw.com<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Marcus H. Seigle** | represented by | **Catherine A. Torell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ADR Provider**

**Oppenheim Pramerica Asset Management S.A.R.L.**    represented by    **Nancy Kaboolian**
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700
Fax: (212) 684-5191
Email: nkaboolian@abbeygardy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/02/2006 | 1 | COMPLAINT against Connetics Corporation, Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky. (Filing Fee $ 350.00, Receipt Number 595799)Document filed by Bruce Gallant.(mbe, ) Additional attachment(s) added on 11/7/2006 (laq, ). (Entered: 11/06/2006) |
| 11/02/2006 |  | SUMMONS ISSUED as to Connetics Corporation, Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky. (mbe, ) (Entered: 11/06/2006) |
| 11/02/2006 |  | Magistrate Judge Kevin N. Fox is so designated. (mbe, ) (Entered: 11/06/2006) |
| 11/02/2006 |  | Case Designated ECF. (mbe, ) (Entered: 11/06/2006) |
| 11/02/2006 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Connetics Corporation, Thomas G. Wiggans, Gregory Vontz, Alexander J. Yaroshinsky.(mbe, ) Additional attachment(s) added on 11/7/2006 (laq, ). (Entered: 11/06/2006) |
| 11/17/2006 | 3 | FILING ERROR - DEFCIENT DOCKET ENTRY - MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s). Document filed by Marcus H. Seigle. (Attachments: # 1 Memorandum of Law in Support of Motion of Marcus H. Seigle for Appointment as Lead Plaintiff, Approval of Choice of Lead Counsel, and Consolidation of Related Actions# 2 Declaration of Catherine A. Torell in Support of Motion of Marcus H. Seigle for Appointment as Lead Plaintiff, Approval of Choice of Lead Counsel, and Consolidation of Related Actions# 3 Exhibit Exhibit A to Declaration of Catherine A. |

| | | |
|---|---|---|
| | | Torell# 4 Exhibit Exhibit B to Declaration of Catherine A. Torell# 5 Exhibit Exhibit C - Part 1 to Declaration of Catherine A. Torell# 6 Exhibit Exhibit C - Part 2 to Declaration of Catherine A. Torell# 7 Exhibit Exhibit C - Part 3 to Declaration of Catherine A. Torell# 8 Text of Proposed Order Proposed Order to Appoint Marcus H. Seigle as Lead Plaintiff)(Torell, Catherine) Modified on 11/20/2006 (kg, ). (Entered: 11/17/2006) |
| 11/17/2006 | 4 | MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L. to serve as lead plaintiff(s) *for Consolidation and approval of its selection of counsel.* Document filed by Oppenheim Pramerica Asset Management S.A.R.L.. (Kaboolian, Nancy) (Entered: 11/17/2006) |
| 11/17/2006 | 5 | MEMORANDUM OF LAW in Support re: 4 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L. to serve as lead plaintiff(s) *for Consolidation and approval of its selection of counsel..* Document filed by Oppenheim Pramerica Asset Management S.A.R.L.. (Kaboolian, Nancy) (Entered: 11/17/2006) |
| 11/17/2006 | 6 | DECLARATION of James M. Evangelista in Support re: 4 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L. to serve as lead plaintiff(s) *for Consolidation and approval of its selection of counsel..* Document filed by Oppenheim Pramerica Asset Management S.A.R.L.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F-1# 7 Exhibit F-2# 8 Exhibit F-3# 9 Exhibit G# 10 Text of Proposed Order Proposed Order# 11 Affidavit of service)(Kaboolian, Nancy) (Entered: 11/17/2006) |
| 11/17/2006 | 7 | MOTION to Appoint Policemen's Annuity & Benefit Fund of Chicago to serve as lead plaintiff(s). Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 11/17/2006) |
| 11/17/2006 | 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Appoint Policemen's Annuity & Benefit Fund of Chicago to serve as lead plaintiff(s).. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 11/17/2006) |
| 11/17/2006 | 9 | DECLARATION of Mark R. Rosen in Support re: 7 MOTION |

| | | |
|---|---|---|
| | | to Appoint Policemen's Annuity & Benefit Fund of Chicago to serve as lead plaintiff(s).. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Ban, William) (Entered: 11/17/2006) |
| 11/17/2006 | 10 | CERTIFICATE OF SERVICE of Lead Plaintiff Motion, Memorandum of Law, Declaration and Proposed Order served on Plaintiffs on November 17, 2006. Service was made by Mail. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 11/17/2006) |
| 11/17/2006 | | (Court only) ***Motion(s) terminated: 3 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s). filed by Marcus H. Seigle,. (kg, ) (Entered: 11/20/2006) |
| 11/18/2006 | 11 | NOTICE of Motion of Teachers' Retirement System of Oklahoma for Apppointment as Lead Plaintiff; Approval of its Selection of Counsel as Lead Counsel for the Class; and Consolidation of all Related Actions. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 11/18/2006) |
| 11/18/2006 | 12 | MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s). Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 11/18/2006) |
| 11/18/2006 | 13 | MEMORANDUM OF LAW in Support re: 12 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s).. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 11/18/2006) |
| 11/18/2006 | 14 | DECLARATION of Gerald H. Silk in Support re: 12 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s).. Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Silk, Gerald) (Entered: 11/18/2006) |
| 11/18/2006 | 15 | CERTIFICATE OF SERVICE. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 11/18/2006) |
| 11/20/2006 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney |

|  |  |  |
|---|---|---|
|  |  | Catherine A. Torell to RE-FILE Document 3 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. ERROR(S): Filing Error of Attachments. Supporting Documents must be filed individually. Event Codes located under Responses and Replies. (kg, ) (Entered: 11/20/2006) |
| 11/20/2006 | 16 | MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s). Document filed by Marcus H. Seigle. (Torell, Catherine) (Entered: 11/20/2006) |
| 11/20/2006 | 17 | MEMORANDUM OF LAW in Support re: 16 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Marcus H. Seigle. (Torell, Catherine) (Entered: 11/20/2006) |
| 11/20/2006 | 18 | DECLARATION of Catherine A. Torell in Support re: 16 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Marcus H. Seigle. (Attachments: # 1 Exhibit A to Declaration of Catherine A. Torell# 2 Exhibit B to Declaration of Catherine A. Torell# 3 Part 1 of Exhibit C to Declaration of Catherine A. Torell# 4 Part 2 of Exhibit C to Declaration of Catherine A. Torell# 5 Part 3 of Exhbiit C to Declaration of Catherine A. Torell) (Torell, Catherine) (Entered: 11/20/2006) |
| 11/28/2006 | 19 | NOTICE OF CASE REASSIGNMENT to Judge Shirley Wohl Kram. Judge William H. Pauley, III is no longer assigned to the case. (lb, ) (Entered: 12/06/2006) |
| 11/28/2006 |  | Mailed notice to the attorney(s) of record. (lb, ) (Entered: 12/06/2006) |
| 12/07/2006 | 20 | NOTICE of Withdrawal of Motion of Marcus H. Seigle for Appointment as Lead Plaintiff, Approval of Choice of Lead Counsel, and Consolidation of Related Actions re: 16 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Marcus H. Seigle. (Torell, Catherine) (Entered: 12/07/2006) |
| 12/08/2006 | 21 | MEMORANDUM OF LAW in Opposition re: 7 MOTION to Appoint Policemen's Annuity & Benefit Fund of Chicago to serve as lead plaintiff(s)., 12 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s)., 4 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L. to serve as lead plaintiff(s) *for Consolidation and approval of its selection of counsel. And in* |

|  |  |  |
|---|---|---|
|  |  | *Further Support of the Motion of Teachers' Retirement System of Oklahoma for Appointment as Lead Plaintiff*. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 12/08/2006) |
| 12/08/2006 | 22 | CERTIFICATE OF SERVICE. Document filed by Teachers' Retirement System of Oklahoma. (Silk, Gerald) (Entered: 12/08/2006) |
| 12/08/2006 | 23 | RESPONSE to Motion re: 3 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s)., 7 MOTION to Appoint Policemen's Annuity & Benefit Fund of Chicago to serve as lead plaintiff(s)., 12 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s)., 4 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L. to serve as lead plaintiff(s) *for Consolidation and approval of its selection of counsel*., 16 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 12/08/2006) |
| 12/08/2006 | 24 | CERTIFICATE OF SERVICE of RESPONSE TO MOTION on 12/8/2006. Document filed by Policemen's Annuity & Benefit Fund Of Chicago. (Ban, William) (Entered: 12/08/2006) |
| 12/08/2006 | 25 | RESPONSE to Motion re: 7 MOTION to Appoint Policemen's Annuity & Benefit Fund of Chicago to serve as lead plaintiff(s)., 12 MOTION to Appoint Teachers' Retirement System of Oklahoma to serve as lead plaintiff(s)., 16 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s).. Document filed by Oppenheim Pramerica Asset Management S.A.R.L.. (Attachments: # 1 Exhibit A)(Kaboolian, Nancy) (Entered: 12/08/2006) |
| 12/08/2006 | 26 | CERTIFICATE OF SERVICE. Document filed by Oppenheim Pramerica Asset Management S.A.R.L.. (Kaboolian, Nancy) (Entered: 12/08/2006) |
| 12/14/2006 | 27 | OPINION AND ORDER; consolidating actions 06 cv 11496 and 06 cv 12875 under the caption "In re Connetics Securities LItigation, Master File No. 06 cv 11496; granting 12 Motion to Appoint Oklahoma Teachers as Lead Plaintiff(s) and appoints Oklahoma Teachaers' chose counsel, Bernstein Litowitz, lead counsel in the consolidated (Signed by Judge Shirley Wohl |

| | | |
|---|---|---|
| | | Kram on 12/14/06) (djc, ) (Entered: 12/15/2006) |
| 12/14/2006 | | CONSOLIDATED MEMBER CASE: Case consolidated with 06-11496. (djc, ) (Entered: 12/15/2006) |
| 12/14/2006 | | (Court only) ***Motion(s) terminated: 4 MOTION to Appoint Oppenheim Pramerica Asset Management S.A.R.L. to serve as lead plaintiff(s) *for Consolidation and approval of its selection of counsel* filed by Oppenheim Pramerica Asset Management S.A.R.L.. (dw) (Entered: 09/24/2007) |
| 12/14/2006 | | (Court only) ***Motion(s) terminated: 7 MOTION to Appoint Policemen's Annuity & Benefit Fund of Chicago to serve as lead plaintiff(s) filed by Policemen's Annuity & Benefit Fund Of Chicago. (dw) (Entered: 09/24/2007) |
| 12/14/2006 | | (Court only) ***Motion(s) terminated: 16 MOTION to Appoint Marcus H. Seigle to serve as lead plaintiff(s). filed by Marcus H. Seigle. (dw) (Entered: 09/24/2007) |
| 12/15/2006 | 28 | REPLY MEMORANDUM OF LAW in Support re: 3 MOTION to Appoint Fishbury Limited to serve as lead plaintiff(s).. Document filed by Fishbury, Limited. Filed In Associated Cases: 1:06-cv-11496-SWK,1:06-cv-12875-SWK (Zimmerman, Jean-Marc) (Entered: 12/15/2006) |
| 03/30/2007 | 29 | MEMORANDUM OF LAW in Opposition re: (47 in 1:06-cv-11496-SWK) MOTION to Change Venue *BY CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA.*, (63 in 1:06-cv-11496-SWK) MOTION to Change Venue *by CONNETICS DEFENDANTS TO THE NORTHERN DISTRICT OF CALIFORNIA. COURT-APPOINTED LEAD PLAINTIFF OKLAHOMA TEACHERS OPPOSITION TO MOTION TO TRANSFER VENUE.* Document filed by Teachers' Retirement System of Oklahoma. (Attachments: # 1 Affidavit Declaration of John C. Browne (with exhibits)# 2 Affidavit Decllaration of John C. Browne (with exhibits-pt2)# 3 Certificate of Service)Filed In Associated Cases: 1:06-cv-11496-SWK, 1:06-cv-12875-SWK (Browne, John) (Entered: 03/30/2007) |
| 05/23/2007 | 30 | OPINION AND ORDER: 94698: Therefore, the Connetics Defendants' motion to transfer venue is hereby granted and the Clerk is directed to transfer this case, including all actions consolidated thereunder, to the Nothern District of California. (Signed by Judge Shirley Wohl Kram on 5/23/07) (js) |

| | | |
|---|---|---|
| | | (Entered: 11/08/2007) |
| 11/14/2007 | 🔵 | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Northern District of California. Sent certified copy of docket entries, transfer order, and letters of acknowledgment. Mailed via Federal Express AIRBILL # 8582-4869-9444 on 11/14/07. (js) (Entered: 11/14/2007) |