UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE GALLANT, et al.,

    Plaintiff(s),

v.

CONNETICS CORPORATION, et al.,

    Defendant(s).
_____/

No. C 07-05826 PJH

**CLERK'S NOTICE**

    YOU ARE HEREBY NOTIFIED that the Case Management Conference currently set for April 3, 2008 at 2:30 p.m. is VACATED, in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: April 1, 2008