IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GALLANT, | No. C 07-05826SI |
| Plaintiff, | **NOTICE** |
| v. | |
| CONNETICS CORP, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, August 15, 2008, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: April 17, 2008



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk