1  BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
2  DAVID R. STICKNEY  (Bar No. 188574)
   MATTHEW P. SIBEN  (Bar No. 223279)
3  TAKEO A. KELLAR  (Bar No. 234470)
   12481 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   Tel:   (858) 793-0070
5  Fax:  (858) 793-0323
   davids@blbglaw.com
6  matthews@blbglaw.com
   takeok@blbglaw.com
7        -and-
   CHAD JOHNSON
8  1285 Avenue of the Americas, 38th Floor
   New York, NY 10019
9  Tel:   (212) 554-1400
   Fax:  (212) 554-1444
10 chad@blbglaw.com

11 Attorneys for Lead Plaintiff Teachers' Retirement
   System of Oklahoma and Lead Counsel to the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re CONNETICS SECURITIES LITIGATION | Case No. 07-CV-02940 SI<br><br>**STIPULATION TO CONSOLIDATE ACTIONS** |
| Gallant, et al.<br><br>v.<br><br>Connetics Corporation, et al. | Case No. 07-CV-05826 SI |

STIPULATION TO CONSOLIDATE ACTIONS
Case No. 07-CV-02940 SI

1       This Stipulation is entered into by and among Lead Plaintiff Teachers' Retirement System of Oklahoma ("Lead Plaintiff") and defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, Lincoln Krochmal, Alexander J. Yaroshinsky and Victor E. Zak ("Defendants") to consolidate the above-captioned cases pursuant to Fed. R. Civ. P. 42(a).

      WHEREAS, the action *In re Connetics Securities Litigation*, C 07-02940-SI ("*In re Connetics*"), was transferred from United States District Court for the Southern District of New York on or about June 6, 2007, and assigned to this Court;

      WHEREAS, the action *Gallant, et al. v. Connetics Corporation, et al.*, 07-CV-05826-SI (the "*Gallant* Action") was also transferred from United States District Court for the Southern District of New York;

      WHEREAS, prior to the transfer, *In re Connetics* and the *Gallant* Action were consolidated and the Teachers' Retirement System of Oklahoma was appointed Lead Plaintiff pursuant to the Opinion and Order of the United States District Court for the Southern District of New York, Case Nos. 06-11496 and 06-12875, dated December 14, 2006 (the "Consolidation Order");

      WHEREAS, on April 17, 2008, this Court entered a Related Case Order finding *In re Connetics* and the *Gallant* Action are related (Docket No. 91);

      WHEREAS, the parties to this stipulation agree that consolidating the above-captioned cases, pursuant to Fed. R. Civ. P. 42(a) and the Consolidation Order, will promote judicial economy, efficiency and effective case management;

      IT IS THEREFORE STIPULATED AND AGREED by Lead Plaintiff and Defendants, through their respective counsel of record that, subject to the Court's approval, *In re Connetics* and the *Gallant* Action are related and shall be consolidated for all further proceedings under the caption:  *In re Connetics Securities Litigation*, Case No. 07-CV-02940-SI.

| | |
|---|---|
| 1  Dated: August 19, 2008 | Respectfully submitted, |
| 2 | BERNSTEIN LITOWITZ BERGER |
| 3 | & GROSSMANN LLP |
| 4 | By:   /s/ Takeo A. Kellar |
| 5 | DAVID R. STICKNEY |
| 6 | MATTHEW P. SIBEN |
|   | TAKEO A. KELLAR |
| 7 | 12481 High Bluff Drive, Suite 300 |
|   | San Diego, CA 92130 |
| 8 | Tel:    (858) 793-0070 |
|   | Fax:   (858) 793-0323 |
| 9 | |
| 10 | *Attorneys for Lead Plaintiff Teachers' Retirement System of Oklahoma and Lead Counsel to the Class* |
| 11 Dated: August 19, 2008 | FENWICK & WEST LLP |
| 12 | By:   /s/ Dean S. Kristy |
| 13 | |
| 14 | SUSAN S. MUCK |
|   | DEAN S. KRISTY |
| 15 | CHRISTOPHER J. STESKAL |
|   | CATHERINE KEVANE |
| 16 | 555 California Street, Suite 1200 |
|   | San Francisco, California 94104 |
| 17 | Telephone: (415) 875-2300 |
|   | Facsimile: (415) 281-1350 |
| 18 | |
| 19 | *Attorneys for Defendants Connetics Corp., Thomas G. Wiggans, C. Gregory Vontz, John Higgins, and Lincoln Krochmal* |
| 20 | |
| 21 Dated: August 19, 2008 | DLA PIPER US LLP |
| 22 | |
| 23 | By:   /s/ Shirli Fabbri Weiss |
| 24 | SHIRLI FABBRI WEISS |
|   | ALYSSON RUSSELL SNOW |
| 25 | 401 B Street, Suite 1700 |
|   | San Diego, California 92101 |
| 26 | Telephone: (619) 699-2858 |
|   | Facsimile: (619) 699-2701 |
| 27 | |
| 28 | *Attorneys for Defendant Alexander J. Yaroshinsky* |

STIPULATION TO CONSOLIDATE ACTIONS                                                                                                    --
Case No. 07-CV-02940 SI

Dated: August 19, 2008

                                            */s/ Victor E. Zak*

VICTOR E. ZAK
Pro Se Defendant
24 Oakmont Road
Newton, MA  02459
Telephone:  (617) 610-2538

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Dean S. Kristy, Shirli Fabbri Weiss and Victor Zak.

\*   \*   \*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____ 2008     _____
                                                    THE HONORABLE SUSAN ILLSTON
                                                    UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, Kristina L. Sousek, do hereby certify that on this 19th day of August, 2008, a true and correct copy of the foregoing

STIPULATION TO CONSOLIDATE ACTIONS

was filed electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's system, and notice of this filing will be sent to the parties by operation of the Court's ECF System. Attorneys not registered with the Court's ECF system will be duly and properly served via Federal Express or U.S. Mail (as indicated on the attached Service List), in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules.

I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the above documents on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

**jcarlos@law.stanford.edu**

*/s/ Kristina L. Sousek*
Kristina L. Sousek

## Service List

In re CONNETICS SECURITIES LITIGATION
Case No.: 07-02940

| **COUNSEL FOR CONSOLIDATED PLAINTIFF FISHBURY LIMITED** | |
|---|---|
| Jean-Marc Zimmerman<br>Eduard Korsinsky<br>Pamela Lynam Mahon<br>**ZIMMERMAN, LEVI**<br>  **& KORSINSKY LLP**<br>39 Broadway, Suite 1601<br>New York, NY 10006<br>Tel: 212-363-7500<br>Fax: 212-363-7171<br>ek@zlk.com<br>jmzimmerman@zlk.com<br>pmahon@zlk.com<br><br>*Via ECF* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF BRUCE GALLANT** | |
| Evan J. Smith<br>**BRODSKY & SMITH LLC**<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>Tel: 516-741-4977<br><br>*Via U.S. Mail* | |
| **COUNSEL FOR CONSOLIDATED PLAINTIFF MARCUS A. SEIGLE** | |
| Catherine A. Torell<br>**COHEN MILSTEIN HAUSFELD &**<br>**TOLL P.L.L.C**<br>150 East 52nd Street<br>New York, NY 10022<br>Tel: 212-838-7797<br>Fax: 212-383-7745<br><br>*Via U.S. Mail* | |

| **COUNSEL FOR DEFENDANTS CONNETICS CORPORATION, THOMAS G. WIGGANS, C. GREGORY VONTZ, JOHN HIGGINS, LINCOLN KROCHMAL, EUGENE A. BAUER, R. ANDREW ECKERT, CARL B. FELDBAUM, DENISE M. GILBERT, JOHN C. KANE, THOMAS D. KILEY, LEON E. PANETTA AND G. KIRK RAAB** ||
|---|---|
| Susan S. Muck<br>Dean S. Kristy<br>Christopher J. Steskal<br>Kalama M. Lui-Kwan<br>Emily St. John Cohen<br>**FENWICK & WEST**<br>275 Battery Street, Suite 1600<br>San Francisco, CA 94111<br>Tel: 415-875-2300<br>Fax: 415-281-1350<br>smuck@fenwick.com<br>dkristy@fenwick.com<br>csteskal@fenwick.com<br>klui-kwan@fenwick.com<br>ecohen@fenwick.com<br><br>*Via ECF* | Gregory A. Markel<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>1 World Financial Center<br>New York, NY 10281<br>Tel: 212-504-6112<br>Fax: 212-504-6666<br>gregory.markel@cwt.com<br><br><br><br><br><br><br><br><br><br>*Via ECF* |
| **COUNSEL FOR DEFENDANT ALEXANDER J. YAROSHINSKY** ||
| James P. Duffy IV<br>**DLA PIPER US LLP**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-335-4500<br>Fax: 212-504-6666<br>James.duffy@dlapiper.com<br><br>Alysson Russell Snow<br>**DLA PIPER US LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Tel: 619-699-2858<br>Fax: 619-699-2701<br>Alysson.snow@dlapiper.com<br><br>*Via ECF* | |

| **Defendant Victor E. Zak** ||
|---|---|
| Victor E. Zak (*pro se*)<br>24 Oakmont Road<br>Newton, MA 02459<br>Tel: 617-610-2538<br>zakvic@yahoo.com<br><br>***Via FedEx*** | |

#26161/v5